*E-Filed: 3/31/06*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SUNCOR STAINLESS INC., | Case No. C03-00519 HRL |
| Plaintiff, | |
| v. | **ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| STRUCTURAL HARDWARE AND SUPPLY, INC., and BRUCE SULLIVAN, | |
| Defendants. | |

PLEASE TAKE NOTICE that the court will conduct a telephonic case management conference in this matter on **April 11, 2006 at 2:30 p.m.**

Plaintiff's counsel is requested to initiate the conference call.

IT IS SO ORDERED.

Dated: 3/31/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

THIS IS TO CERTIFY THAT NOTICE WILL BE SENT TO:

Arthur B. Cook    acook@hfbllp.com

James M. Sullivan    jim@jsullinc.com

Bruce Sullivan
2506 Kenoga Drive
San Jose, CA 95121

Date: 3/31/06                                 /s/ RNR
                                                 CHAMBERS OF MAGISTRATE JUDGE LLOYD